IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| SHARON ROBINSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv148-MHT |
| | ) | (WO) |
| ALABAMA STATE UNIVERSITY, | ) | |
| | ) | |
|     Defendant. | ) | |

## OPINION AND ORDER

Pursuant to Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981, plaintiff filed this lawsuit contending that she has been subjected to sexual harassment and other forms of sex discrimination at work. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be denied. Also before the court are defendant's objections to the recommendation. After an independent and de novo review of the record, the court concludes that defendant's objections should be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) Defendant's objections (doc. no. 28) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 26) is adopted.

(3) Defendant's motion to dismiss (doc. no. 22) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 19th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**