IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHARON ROBINSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ALABAMA STATE UNIVERSITY )<br>and FORRITE "FREDDIE" L. )<br>LAWSON, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:16cv148-MHT<br>(WO) |

## ORDER

Upon consideration of defendant Alabama State University's motion for summary judgment (doc. no. 63), it is ORDERED that said motion is denied.

DONE, this the 17th day of January, 2019.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE